IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES SPARKS, #219274,                    )
                                          )
                Plaintiff,                )
                                          )
vs.                                       )      CASE NO. 2:14cv194-WHA
                                          )
WARDEN CHRISTOPHER GORDY, et al.,         )                (WO)
                                          )
                Defendants.               )

## FINAL JUDGMENT

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendant, and against the Plaintiff, James

Sparks, and this case is DISMISSED without prejudice.

DONE this 28th day of August, 2014.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE